| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) TEVRIZIAN, JR., DICKRAN M | 2. Court or Organization United States District Court | 3. Date of Report 5/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address Roybal Federal Building 255 E. Temple Street, Ste. 870 Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**  - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee - Non-Compensated Passive Investor | ██████ Trusts - Attachment "A" |
| 2. | Partner - Non-Working | Rialto Investments - Industrial Real Estate, Rialto, CA - Attachment "B" |
| 3. | Trustee - Non-Compensated | ██████ Trusts - Attachment "C" |
| 4. | Partner - Passive Investor Non-Working | MPRT Realty - Commercial Real Estate - L.A., CA |
| 5. | Advisory Director - Non-Compensated | Armenian General Benevolent Union - Charitable Foundation |
| 6. | Partner - Passive Investor Non-Working | Majestic Realty Partners - Industrial Real Estate, Atlanta, Georgia - Attachment "B" |
| 7. | Deleted 1999 | |
| 8. | Advisory Director - Non-Compensated | Glendale Memorial Hospital Foundation - Charitable Foundation |
| 9. | Advisory Director - Non-Compensated | Armenian Center for National & International Studies - Charitable Foundation |
| 10. | Advisory Director - Non-Compensated | The Armenian Eye Care Project - Charitable Foundation |
| 11. | Advisory Director - Non-Compensated | The University of California at Los Angeles (UCLA) School of Public Policy - Public School |
| 12. | Deleted 2003 | |
| 13. | Deleted 2003 | |
| 14. | Advisory Director - Non-compensated | Exceptional Children's Foundation - September, 2003 |

RECEIVED 2005 MAY 10 A 10: 31 FINANCIAL DISCLOSURE

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | Paid up single premium life insurance policy with Provident Life Insurance Company |
| 2. | State of California Judicial Retirement. Fully vested as of August 4, 2003. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | State of California Judicial Retirement | $46,835.00 |
| 2. | 2004 | MPRT Realty | $10,784.00 |
| 3. | 2004 | ███████ Trusts - Income Distribution | $76,000.00 |
| 4. | 2004 | ███████ Trusts -Management Fees | $15,600.00 |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Camelot Carpet Mills, Inc. - Director's Fee |
| 2. | 2004 | Town & Country Party Rentals, Inc. |
| 3. | 2004 | Pacific Crest Mills, Inc. - Director's Fee |
| 4. | 2004 | County of Los Angeles, Los Angeles County Hospital Commission |
| 5. | 2004 | Royalty Carpet Mills, Inc. - Director's Fee |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TEVRIZIAN, JR., DICKRAN M | 5/15/2005 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Prudential Insurance Co. This loan was previously with the Principal Mutual Life Ins. Co. | Investment in Real Property in Atlanta, GA - Majestic/Atlanta Partners. Permanent non- | P2 |
| 2. | | recourse financing for an industrial real estate development. The property was refinance in | |
| 3. | | 1999 and the proceeds placed in segregated accounts at Cedars Bank and Merrill Lynch. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   ▬▬▬▬▬ Inter Vivos Trusts-Dickran Tevrizian 19% | G | Rent Div Int | P2 | | | | | | |
| 2.   Deleted 1993 | | | | | | | | | |
| 3.   Deleted 1995 | | | | | | | | | |
| 4.   Deleted 1995 | | | | | | | | | |
| 5.   Rialto Investments, City of Industry 25% | E | Rent | N | W | | | | | See Attachment "B" |
| 6.   MPRT Realty, Los Angeles, California 1.098% | E | Rent | N | W | | | | | |
| 7.   Town & Country Party Rentals, Pasadena, CA | A | Interest | J | T | | | | | |
| 8.   Wells Fargo Bank, L.A., CA Savings/Checking | B | Interest | L | T | | | | | |
| 9.   Deleted 1993 | | | | | | | | | |
| 10.  Bank of America, L.A., CA Savings/Checking | B | Interest | L | T | | | | | |
| 11.  Smith Barney, I.R.A.     Mutual Fund | B | Dividend Int | K | T | | | | | |
| 12.  Deleted 1999 | | | | | | | | | |
| 13.  Deleted 1996 | | | | | | | | | |
| 14.  Deleted 1995 | | | | | | | | | |
| 15.  Deleted 1995 | | | | | | | | | |
| 16.  Deleted 1995 | | | | | | | | | |
| 17.  Deleted 1995 | | | | | | | | | |
| 18.  Deleted 1995 | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Deleted 1995 | | | | | | | | | |
| 20. Provident Life Insurance | C | Interest | N | T | | | | | |
| 21. Provident Life Insurance | A | Interest | K | T | | | | | |
| 22. Deleted 2001 | | | | | | | | | |
| 23. Deleted 1994 | | | | | | | | | |
| 24. Smith Barney Money Market Account | C | Interest | L | T | | | | | |
| 25. Exxon Corp. Common Stock | A | Dividend | J | T | | | | | |
| 26. Lockheed/Martin Corp. Common Stock | A | Dividend | J | T | | | | | |
| 27. Louisiana Pacific Corp. Common Stock | A | Dividend | J | T | | | | | |
| 28. Deleted 1995 | | | | | | | | | |
| 29. Allied Signal Corp. Common Stock | A | Dividend | J | T | | | | | |
| 30. Deleted 1999 | | | | | | | | | |
| 31. Deleted 1996 | | | | | | | | | |
| 32. Seagate Corp. Common Stock | A | Dividend | J | T | | | | | |
| 33. Digital Equipment Corp. Common Stock | A | Dividend | J | T | | | | | |
| 34. Deleted 2002 | | | | | | | | | |
| 35. Santa Fe Energy Resources Common Stock | A | Dividend | J | T | | | | | |
| 36. Deleted 1995 | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Atlantic Richfield/Arco Corp. Common Stock | A | Dividend | J | T | | | | | |
| 38. Occidental Petroleum Corp. Common Stock | A | Dividend | J | T | | | | | |
| 39. Bank of America     Common Stock | A | Dividend | J | T | | | | | |
| 40. Deleted 1999 | | | | | | | | | |
| 41. 1st Business Bank - Mellon, L.A., CA Savings/Checking | B | Interest | L | T | | | | | |
| 42. General Motors Corp.    Common Stock | A | Dividend | J | T | | | | | |
| 43. Eli Lilly & Co. Common Stock | A | Dividend | J | T | | | | | |
| 44. Deleted 1995 | | | | | | | | | |
| 45. Liberty Mutual All Star Fund Mutual Fund | A | Dividend Int | J | T | | | | | |
| 46. Black & Decker     Common Stock | A | Dividend | J | T | | | | | |
| 47. Wells Fargo Corp.     Common Stock | A | Dividend | J | T | | | | | |
| 48. Deleted 2000 | | | | | | | | | |
| 49. Marathon Group     Common Stock | A | Dividend | J | T | | | | | |
| 50. U.S. Steel Corp.     Common Stock | A | Dividend | J | T | | | | | |
| 51. Majestic Atlanta Partners 12.5% Real Estate- Atlanta, Georgia | E | Rent | P2 | W | | | | | |
| 52. Texaco Corp.     Common Stock | A | Dividend | J | T | | | | | |
| 53. Phoenix Engemann Fund   Mutual Fund | A | Dividend Int | L | T | | | | | |
| 54. Burlington Northern Santa Fe Common Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Deleted 2000 | | | | | | | | | |
| 56. Newmont Mining Corp. Common Stock | A | Dividend | J | T | | | | | |
| 57. Indian Wells, CA - Real Estate (Pleasure + Investment) 25% | A | Residence | N | W | | | | | |
| 58. Raytheon Corp.      Common Stock | A | Dividend | J | T | | | | | |
| 59. Cedars Bank      Savings/Checking | E | Interest | N | T | | | | | |
| 60. Deleted 2000 | | | | | | | | | |
| 61. Devon Energy Corp.      Common Stock | A | Dividend | J | T | | | | | |
| 62. BP Amoco Corp.      Common Stock | A | Dividend | J | T | | | | | |
| 63. Compaq Computer Corp. Common Stock | A | Dividend | J | T | | | | | |
| 64. Delphi Automotive Corp. Common Stock | A | Dividend | J | T | | | | | |
| 65. Honeywell Corp.      Common Stock | A | Dividend | J | T | | | | | |
| 66. Keith Companies Inc.    Common Stock | A | Dividend | J | T | | | | | |
| 67. Veritas Software Corp.    Common Stock | A | Dividend | J | T | | | | | |
| 68. Walt Disney Company  Common Stock | A | Dividend | J | T | | | | | |
| 69. Ford Motor Company   Common Stock | A | Dividend | K | T | | | | | |
| 70. Deleted 2002 | | | | | | | | | |
| 71. Smith Barney IRA Account (Mutual Fund) Alliance Fund | A | Dividend Int | J | T | | | | | |
| 72. Smith Barney IRA Account (Mutual Fund) John Hancock Fund | A | Dividend Int | J | T | | | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:            J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000            P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal        R = Cost (Real Estate Only)    S = Assessment        T = Cash/Market
   (See Column C2)        U = Book Value        V = Other        W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Merrill Lynch Money Market | C | Interest | N | T | | | | | |
| 74. General Electric Co.  Common Stock | A | Dividend | K | T | | | | | |
| 75. MacDonalds Corp.  Common Stock | A | Dividend | K | T | | | | | |
| 76. Tennet Corp.  Common Stock | A | Dividend | K | T | Sold | 07/12 | J | | Listed Exchange |
| 77. Cedars Bank  Common Stock | A | Dividend | L | T | | | | | |
| 78. Rental Property #1, L.A., CA ▬ | F | Rent | O | W | | | | | |
| 79. Rental Property #2, L.A., CA ▬ | G | Rent | P1 | W | | | | | |
| 80. Rental Property #3, L.A., CA ▬ | E | Rent | N | W | | | | | |
| 81. Rental Property #4, L.A., CA ▬ | A | Rent | O | W | | | | | |
| 82. Rental Property #5, L.A., CA ▬ | F | Rent | O | W | | | | | |
| 83. Rental Property #6, L.A., CA ▬ | F | Rent | O | W | | | | | |
| 84. Rental Property #7, L.A., CA ▬ | G | Rent | P1 | W | | | | | |
| 85. Bank of America, L.A., CA Savings/Checking | D | Interest | N | T | | | | | |
| 86. Soloman Smith Barney  Cash Management Account | E | Interest | P1 | T | | | | | |
| 87. Crowell Weedon & Co.  Money Market Fund | E | Interest | P1 | T | | | | | |
| 88. Mellon First Business Bank Savings/Checking | D | Interest | N | T | | | | | |
| 89. Abex Corp.  Common Stock | A | Dividend | J | T | | | | | |
| 90. Deleted 1999 | | | | | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. Deleted 2001 | | | | | | | | | |
| 92. Allied Signal Corp.        Common Stock | B | Dividend | M | T | | | | | |
| 93. Allis Chalmers Corp.     Common Stock | A | Dividend | J | T | | | | | |
| 94. Allstate Corp. Common Stock | A | Dividend | J | T | | | | | |
| 95. Alcoa                       Common Stock | B | Dividend | L | T | | | | | |
| 96. Deleted 1998 | | | | | | | | | |
| 97. Arco Atlantic/Richfield   Common Stock | B | Dividend | K | T | | | | | |
| 98. Deleted 1999 | - | | | | | | | | |
| 99. AT&T                     Common Stock | B | Dividend | L | T | | | | | |
| 100. Baldwin Securities        Common Stock | A | Dividend | J | T | | | | | |
| 101. Bank of America          Common Stock | C | Dividend | M | T | | | | | |
| 102. Baxter Travenol          Common Stock | B | Dividend | L | T | | | | | |
| 103. Bell Southern             Common Stock | B | Dividend | M | T | | | | | |
| 104. Deleted 1999 | | | | | | | | | |
| 105. Deleted 2000 | | | | | | | | | |
| 106. Deleted 2000 | | | | | | | | | |
| 107. Deleted 2000 | - | | | | | | | | |
| 108. Burlington Northern      Common Stock | D | Dividend | M | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | TEVRIZIAN, JR., DICKRAN M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Catellus Development    Common Stock | A | Dividend | J | T | | | | | |
| 110. Cox Communications Corp. Common Stock | A | Dividend | L | T | | | | | |
| 111. CFI Steel Corp.           Common Stock | A | Dividend | J | T | | | | | |
| 112. Dean Witter Morgan Stanley Common Stock | A | Dividend | J | T | | | | | |
| 113. Deleted 1998 | | | | | | | | | |
| 114. Energy Group PLC        Common Stock | A | Dividend | J | T | | | | | |
| 115. Exxon Corp.             Common Stock | B | Dividend | L | T | | | | | |
| 116. GFC Financial-Finova    Common Stock | A | Dividend | J | T | | | | | |
| 117. Fremont General Corp.    Common Stock | A | Dividend | J | T | | | | | |
| 118. Hanson Trust            Common Stock | A | Dividend | J | T | | | | | |
| 119. Deleted 1998 | | | | | | | | | |
| 120. I.B.M.                  Common Stock | B | Dividend | M | T | | | | | |
| 121. Imperial Tobacco Group Common Stock | A | Dividend | J | T | | | | | |
| 122. John Hancock Reg. Bank Fund Mutual Fund | C | Dividend Int | M | T | | | | | |
| 123. Koll Real Estate Group   Common Stock | A | Dividend | J | T | | | | | |
| 124. Louisiana Pacific Corp.   Common Stock | B | Dividend | K | T | | | | | |
| 125. Lucent Technologies    Common Stock | A | Dividend | L | T | | | | | |
| 126. Med Partners/Mullikin, Inc. Common Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:            J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                          P3 = $25,000,001-$50,000,000                  P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal        R = Cost (Real Estate Only)    S = Assessment        T = Cash/Market
   (See Column C2)        U = Book Value        V = Other                W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. MFS Emerging Growth Fund Mutual Fund | B | Dividend Int | M | T | | | | | |
| 128. Millenium Chemicals Common Stock | A | Dividend | J | T | | | | | |
| 129. NCR Corp. Common Stock | A | Dividend | J | T | | | | | |
| 130. Newhall Land & Farming Common Stock | A | Dividend | K | T | Sold | 01/28 | K | E | Listed Exchange |
| 131. Newmont Mining Corp. Common Stock | A | Dividend | J | T | | | | | |
| 132. Norfolk & Southern Common Stock | D | Dividend | M | T | | | | | |
| 133. Occidental Petroleum Common Stock | A | Dividend | J | T | | | | | |
| 134. Deleted 1999 | | | | | | | | | |
| 135. Deleted 1999 | | | | | | | | | |
| 136. Pepsico Common Stock | B | Dividend | L | T | | | | | |
| 137. Phillips Petroleum Common Stock | A | Dividend | K | T | | | | | |
| 138. Deleted 1999 | | | | | | | | | |
| 139. Deleted 1999 | | | | | | | | | |
| 140. Santa Fe Energy Resources Inc. Common Stock | A | Dividend | J | T | | | | | |
| 141. Sears Common Stock | A | Dividend | J | T | | | | | |
| 142. Deleted 2000 | | | | | | | | | |
| 143. Deleted 1998 | | | | | | | | | |
| 144. Tejon Ranch Corp. Common Stock | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Deleted 2000 | | | | | | | | | |
| 146. Texaco Common Stock | A | Dividend | J | T | | | | | |
| 147. Textron Corp. Common Stock | A | Dividend | K | T | | | | | |
| 148. Times Mirror Corp. Common Stock | B | Dividend | L | T | | | | | |
| 149. Deleted 1999 | | | | | | | | | |
| 150. Yum Brands Common Stock | A | Dividend | J | T | | | | | |
| 151. Tupperware Corp. Common Stock | A | Dividend | J | T | | | | | |
| 152. U.S. Gypsum Corp. USG Common Stock | A | Dividend | J | T | | | | | |
| 153. U.S. Industries, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 154. Viad Corp. Common Stock | A | Dividend | J | T | | | | | |
| 155. Waste Management Inc. Common Stock | A | Dividend | J | T | | | | | |
| 156. Deleted 1999 | | | | | | | | | |
| 157. Imperial Bank Corp. Common Stock | A | Dividend | K | T | | | | | |
| 158. U.S. Treasury Bills | D | Interest | N | T | | | | | |
| 159. Deleted 2000 | | | | | | | | | |
| 160. Phoenix Engeman Fund Mutual Fund | C | Dividend Int | M | T | | | | | |
| 161. MGM Common Stock | A | Dividend | J | T | | | | | |
| 162. Deleted 1999 | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001-$2,500 | C =$2,501-$5,000 | D =$5,001-$15,000 | E =$15,001-$50,000 |
| | F =$50,001-$100,000 | G =$100,001-$1,000,000 | H1 =$1,000,001-$5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001-$50,000 | L =$50,001-$100,000 | M =$100,001-$250,000 | |
| | N =$250,000-$500,000 | O =$500,001-$1,000,000 | P1 =$1,000,001-$5,000,000 | P2 =$5,000,001-$25,000,000 | |
| | P3 =$25,000,001-$50,000,000 | | P4 =$More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash/Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. Deleted 1999 | | | | | | | | | |
| 164. Aegon Corp.        Common Stock | A | Dividend | K | T | | | | | |
| 165. Seminarsource.com        Common Stock | A | Dividend | J | T | | | | | |
| 166. Dateck.com        Common Stock | A | Dividend | J | T | | | | | |
| 167. Deleted 2000 | | | | | | | | | |
| 168. Fremont General        Common Stock | A | Dividend | J | T | | | | | |
| 169. Illinois Tool        Common Stock | A | Dividend | J | T | | | | | |
| 170. Cardinal Health Care        Common Stock | A | Dividend | J | T | | | | | |
| 171. First American Financial Corp. Common Stock | A | Dividend | K | T | | | | | |
| 172. Microsoft Corp.        Common Stock | A | Dividend | M | T | Sold | 12/06 | L | | Listed Exchange |
| 173. Keith Companies        Common Stock | A | Dividend | J | T | | | | | |
| 174. Avaya Inc.        Common Stock | A | Dividend | J | T | | | | | |
| 175. Edwards Life Sciences Inc. Common Stock | A | Dividend | J | T | | | | | |
| 176. BP Amoco        Common Stock | B | Dividend | K | T | | | | | |
| 177. Devon Energy        Common Stock | A | Dividend | J | T | | | | | |
| 178. Tribune Company        Common Stock | B | Dividend | L | T | | | | | |
| 179. CoAmerica Corp.        Common Stock | A | Dividend | K | T | | | | | |
| 180. Honeywell Corp.        Common Stock | B | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 181. AT&T Wireless Corp.   Common Stock | A | Dividend | J | T | Sold | 10/27 | J | D | Listed Exchange |
| 182. Ford Motor Company   Common Stock | A | Dividend | J | T | | | | | |
| 183. Kraft Foods   Common Stock | A | Dividend | K | T | | | | | |
| 184. Walt Disney Co.   Common Stock | A | Dividend | J | T | | | | | |
| 185. Smith Barney AG GFD   Mutual Fund | C | Dividend Int | M | T | | | | | |
| 186. Deleted 2002 | | | | | | | | | |
| 187. General Electric Co.   Common Stock | B | Dividend | L | T | | | | | |
| 188. Agere Systems A   Common Stock | A | Dividend | J | T | | | | | |
| 189. Agere Systms B   Common Stock | A | Dividend | J | T | | | | | |
| 190. Comcast   Common Stock | A | Dividend | J | T | | | | | |
| 191. Motorola (Personal) | A | Dividend | J | T | | | | | |
| 192. Krispy Kreme Common Stock | A | Dividend | J | T | Buy | 08/30 | J | | Listed Exchange |
| 193. Krispy Kreme Common Stock (Personal) | A | Dividend | J | T | Buy | 08/30 | J | | Listed Exchange |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TEVRIZIAN, JR., DICKRAN M | 5/15/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Attachment "A" Refers to Sections I, III & VII
Attachment "B" Refers to Sections I, VI & VII
Attachment "C" Refers to Sections I & III

**ATTACHMENT A**

██████████████ **INTER VIVOS TRUSTS**

From

1-1-     to 12-31-

The ███████████████ Inter Vivos Trusts were established
by ██████████████████████████ in July of 1965.   A
of the original trustors have met their demise.  For income t
purposes each of the trusts are required to file fiduciary ta
returns and collectively the trusts file a partnership tax
return.   I have previously submitted a copy of the Trust
Agreement with my prior filing for your committee's permanent
records.  Present trustees are ████████████████████
███████████████████████████████

I have a 19% interest as an income beneficiary and
remainderman under the terms and conditions of the trust
instrument.   I have reported my interest in Section VII on th
alternative method with reference to the trust assets.

**ATTACHMENT B**

# RIALTO INVESTMENTS

In 1979, I entered into a real estate partnership for the purchase and development of approximately ███ acres of industrial land located in the City of Rialto, County of Riverside, State of California. My interest in the partnership is 25%.

On January 3, 1986, the partnership sold approximately ██████ acres of raw land and realized a net profit of approximately $466,000. The partnership received cash and a note secured by a first deed of trust for the unpaid balance of the purchase price. The sale was consumated prior to the time I entered my duty as a Judge.

The remainder of the real property owned by the partnership is developed with an industrial building.

Currently the partnership receives income from rent on the industrial building.

The note secured by the first deed of trust on the subject property was paid off in March of 1992.

# MAJESTIC/ATLANTA PARTNERS

In early 1993, I entered into a real estate partnership for the purchase and development of approximately ███ acres of industrial land located in Atlanta, Georgia (Westgate Center).

In 1993, the partnership entered into a construction loan with Trust Company of Georgia to finance the land acquisition and cost of constructing a 448,000 square foot industrial building. The facility is leased to GATX Corporation for a 10 year period.

The construction loan with Trust Company of Georgia was paid off by obtaining a non-recourse permanent loan from The Principal Mutual Life Insurance Company.

In 1999, the existing non-recourse permanent loan from the Principal Mutual Life Insurance Company was replaced as a result of refinancing the development with a new permanent non-recourse loan from Prudential Insurance Company. The refinancing resulted in equity funds being taken from the loan proceeds which were placed in a segregated account at Cedars Bank.

# ATTACHMENT C

# ████████████ INTER VIVOS TRUSTS

I presently serve as Trustee for the ████████████ Inter Vivos Trusts. I have known the trustors, ████████████████████ since I was 10 ears of age. I am not related by blood or marriage to ████████████ but do and have maintained a close family type relationship with them for over 49 years. The ████████ and I consider our relationship to be one of family. I chose not to receive any compensation as a trustee of the ████████████ Inter Vivos Trusts although the trust agreement authorizes the trustee to receive compensation.

I am of the opinion that my role falls within the exception of Canon 5D. I do not have any beneficial interest in any of the assets of the ████████████ Inter Vivos Trusts.

████████████ own 100% of the stock of Royalty Carpet Mills, Inc. Prior to entering upon my duty as a Judge, I resigned as a director of Royalty Carpet Mills, Inc. ████████████████████ was duly elected to fill the position of corporate director vacated by me.

In July of 1992, Royalty Carpet Mills, Inc. formed an acquisition corporation, Pacific Crest Mills, Inc. as a 100% owned subsidiary company and purchased certain assets of a Pacific Crest Carpet Mills, Inc. and Pacific Dye Concepts, Inc.

In March of 1999, Royalty Carpet Mills, Inc. formed an acquisition corporation, CMI, Inc. as a 100% owned subsidiary company and the subsidiary company purchased certain assets of Camelot Carpet Mills, Inc. After the asset purchase was completed CMI, Inc. changed its corporate name to Camelot Carpet Mills, Inc.

████████████████████ serves as secretary and corporate director of Royalty Carpet Mills, Inc., Pacific Crest Mills, Inc. and Camelot Carpet Mills, Inc.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TEVRIZIAN, JR., DICKRAN M | 5/15/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

Date May 15, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544